IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY RESIL,

    Plaintiff,

v.                              CASE NO. 4:11cv314-RH/GRJ

JARED MILLER et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST
## THE WAKULLA COUNTY JAIL AND ICE

This case is before the court on the magistrate judge's report and recommendation. ECF No. 14. The plaintiff has filed a paper he may have intended as an objection to the report and recommendation. ECF No. 15. I have reviewed the issues *de novo*. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The claims against the Wakulla County Jail and the United States

Immigration and Customs Enforcement are DISMISSED with prejudice.  The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 22, 2011.

s/Robert L. Hinkle  
United States District Judge